Case 4:26-mj-00126 Document 1362 Filed 02/18/26 in TXSD Page 1 of 2/25/26
Case 4:26-mj-00126 Document 1362 Filed 02/18/26 in TXSD Page 1 of 2 PageID #: 1034
PS 8

# UNITED STATES DISTRICT COURT
for the
## Western District of Arkansas

**4:26-mj-126**

U.S.A. vs. DANTE DOUGLAS McKINNIE Docket No. 1:25CR10006-002

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kristi Constant, probation officer, presenting an official report upon the conduct of defendant Dante Douglas McKinnie who was placed under pretrial release supervision by the Honorable Barry A. Bryant, sitting in the court at Texarkana, Arkansas, on the 4th Day of June, 2025, under the following conditions:

1. The defendant must not violate federal, state, or local law while on release.
2. The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.
3. The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.
4. The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose. The defendant must appear at: U.S. Federal Building, 100 Reserve Street, Hot Springs, Arkansas.
5. The defendant must sign an Appearance Bond, if ordered.
7(a). Submit to supervision by and report for supervision to the USPO Western District of Arkansas.
7(b). Continue or actively seek employment.
7(d). Surrender any passport to U.S. Pretrial Services Office
7(f). Abide by the following restrictions on personal association, residence, or travel: travel restricted to the state of Arkansas, Eastern District of Tennessee, and Southern and Eastern Districts of Texas; unless prior approval from USPO.
7(g). Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including: any co-defendant in this case.
7(k). Not possess a firearm, destructive devices, or other weapon.
7(l). Not use of alcohol excessively.
7(m). Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
7(n). Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances
7(r). Report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
7(t). The defendant shall not purchase, possess, use, distribute or administer marijuana or obtain or possess a medical marijuana card or prescription. This condition supersedes standard condition number 7(m) with respect to marijuana only. If the defendant is currently in possession of a medical marijuana card, he/she will turn it over immediately to the probation office.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**1. The defendant must not violate federal, state, or local law while on release.**

On February 4, 2026, Mr. McKinnie committed the offense of Forgery/Defraud/Harm of another Elderly, 3rd degree felony, in violation of Texas Penal Code § 32.21; and two counts of Fraudulent Use/Possession of Identifying Information <5 items of an Elderly Person, a 3rd degree felony, in violation of Texas Penal Code § 32.51.

On the day of the above arrest, Mr. McKinnie was encountered by a College Station, Texas, police officer, when a bank manager reported Mr. McKinnie was in the bank's lobby attempting to cash a check for $9,200.37, believed by banking officials to be fraudulent or stolen. After an investigation, the check was determined by the account representative to be fraudulently written, and Mr. McKinnie was taken into custody. During a search of his vehicle, officers located additional banking instruments and financial documents belonging to others, believed to be fraudulent or stolen. Mr. McKinnie was booked into the Brazos County, Texas, detention center and is being held on three separate $30,000 cash or surety bond charges.

Case 4:26-mj-00326 Document 2 Filed 02/18/26 in TXSD Page 2 of 2
Case 5:26-mj-00126-I Document 1-2 Filed 02/13/26 Page 2 of 2
Page 2 of 2 PageID #: 1035

PRAYING THAT THE COURT WILL ORDER <u>a warrant be issued for Mr. McKinnie and a hearing be held to show cause why pretrial release should not be revoked.</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2026

_____
Kristi Constant
U.S. Probation Officer

_____
Craig Robie
Supervisory U.S. Probation Officer

Place         101 Reserve Street, Hot Springs, Arkansas 72701

**ORDER OF COURT**

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

Considered and ordered this 5th day of February, 2026 and ordered filed and made a part of the records in the above case.

_____
Honorable Spencer G. Singleton
United States Magistrate Judge

cc: Assistant U.S. Attorney and Defense Counsel